UNITED STATES of America,
Plaintiff–Appellee

v.

Innocent Rutahagara BATAMULA,
Defendant–Appellant.

No. 12–20630.

United States Court of Appeals,
Fifth Circuit.

Nov. 5, 2015.

Katherine Lisa Haden, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

George William Vie, III, Mills Shirley, L.L.P., Galveston, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.